DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

Ada Mercedes Conde Vidal et al.

*Plaintiff(s)*

v.

Civil Action No. 14-01253 PG

Alejandro J. Garcia Padilla et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mrs. Ana Rius Armendariz, in her official capacity as Secretary of Health Department of the
COMMONWEALTH OF PUERTO RICO
Calle Maga, Edif. E Altos, Centro Medico, San Juan PR 00926

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celina Romany-Siaca, Esq.

Celina Romany Law Offices, 268 Muñoz Rivera Ave., Suite 1500 San Juan PR 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: 6/25/2014

Rafael Calderón
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ana Rius Armendariz, in her Official Capacity as Secretary of Health Department of The Commonwealth of PR
was received by me on *(date)* 6/30/2014

☒ I personally served the summons on the individual at *(place)* de Unit A Antiguo Hospital Psiquiatrico Centro Medico Rio Piedras on *(date)* 6/30/2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Lcdo. Marco A. Martinez, who is
designated by law to accept service of process on behalf of *(name of organization)* Department of Health of The Commonwealth of P.R. on *(date)* 6/30/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/30/2014

_____
Server's signature

Julio Estrada Legal Process Services
Printed name and title

P.O. Box 1913 Canovanas PR 00729
Server's address

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Ada Mercedes Conde Vidal et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 14-01253 PG |
| | ) ) ) |
| Alejandro J. Garcia Padilla et al. | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mrs. Wanda Llovet Diaz, in her official capacity as Director of the Commonwealth of PR Registrar of VITAL RECORDS
171 Calle Quisqueya, San Juan Puerto Rico 00910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celina Romany-Siaca, Esq.

Celina Romany Law Offices, 268 Muñoz Rivera Ave., Suite 1500 San Juan PR 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Rafael Calderón
Deputy Clerk

Date: 6/25/2014

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mrs Wanda Llovet Diaz in her official Capacity as Director of the Commonwealth of P.R. Registral of Vistar Record

was received by me on *(date)* 6/30/2014

☐ I personally served the summons on the individual at *(place)* Ave. Barbosa 414 Hato Rey PR on *(date)* 6/30/2014 ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Director of Commonwealth of P.R. Registrar of Vital Records , a person of suitable age and discretion who resides there,

on *(date)* 6/30/2014 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Mrs Wanda Llovet Diaz , who is designated by law to accept service of process on behalf of *(name of organization)* Director of Commonwealth of P.R. Registrar of Vital Records on *(date)* 6/30/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/30/2014

_____
Server's signature

Juan Estrada Legal Process Services
Printed name and title

PO Box 1913 Canovanas PR 00729
Server's address

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Ada Mercedes Conde Vidal et al. <br> *Plaintiff(s)* <br> v. <br><br> Alejandro J. Garcia Padilla et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 14-01253 PG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mrs. Melba Acosta Febo, in her official capacity as Director of the Treasury in Puerto Rico

Edificio Intendente Ramírez #10, Paseo Covadonga, San Juan PR


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celina Romany-Siaca, Esq.

Celina Romany Law Offices, 268 Muñoz Rivera Ave., Suite 1500 San Juan PR 00918


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Date: 6/25/2014

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Rafael Calderón
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mrs. Melba Acosta Febo, in her Official Capacity As Director of The Treasury in Puerto Rico

was received by me on *(date)* 6/30/2014

☐ I personally served the summons on the individual at *(place)* Edif. Intendente Ramirez, Paseo Covadonga, San Juan PR on *(date)* 6/30/2013 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Carmen M. Ortiz Vazquez, who is designated by law to accept service of process on behalf of *(name of organization)* Mrs Melba Acosta Febo in Her Official Capacity As Director of The Treasury of PR. on *(date)* 6/30/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____ .

I declare under penalty of perjury that this information is true.

Date: 6/30/2014

_____
Server's signature

Julio Cotto Legal Process Services
Printed name and title

PO Box 1913 Canovanas PR 00729
Server's address

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Ada Mercedes Conde Vidal et al. <br> *Plaintiff(s)* <br> v. <br> Alejandro J. Garcia Padilla et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 14-01253 PG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mr. Alejandro J. Garcia Padilla in his official capacity as Governor of the Commonwealth of PR

63 Calle Fortaleza, San Juan, PR 00901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Celina Romany-Siaca, Esq.

Celina Romany Law Offices, 268 Muñoz Rivera Ave., Suite 1500 San Juan PR 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Rafael Calderón
Deputy Clerk

Date: 6/25/2014

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mr Alejandro J. Garcia Padilla in his Official Capacity as Governor of The Commonwealth of P.R.

was received by me on *(date)* 6/30/2014 .

☐ I personally served the summons on the individual at *(place)* Calle Fortaleza #63 San Juan PR
on *(date)* 6/30/2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Ledo. Nelson Santiago Moreno , who is
designated by law to accept service of process on behalf of *(name of organization)* Mr. Alejandro J. Garcia Padilla in his Official Capacity as Governor of The Commonwealth of PR
on *(date)* 6/30/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/30/2014

_____
*Server's signature*

Julio Estrada Legal Process Server
*Printed name and title*

P.O. Box 1913 Canovanas PR 00745
*Server's address*

Additional information regarding attempted service, etc: