IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADA M. CONDE-VIDAL, et al.<br><br>Plaintiffs<br><br>v.<br><br>DR. ANA RIUS-ARMENDARIZ, et al.<br><br>Defendants | CIVIL NO. 14-1253 (PG) |

MOTION FOR EXTENSION OF TIME
TO ANSWER COMPLAINT OR OTHERWISE PLEAD

**TO THE HONORABLE COURT:**

**COMES NOW**, defendant Hon. Alejandro García Padilla, Ana Rius, Armendariz, Melba Acosta Febo, and Wanda Llovet Díaz, in their official capacity, without submitting to this Honorable Court's Jurisdiction, and through the undersigned attorney, respectfully alleges and prays as follows:

1. The instant case was assigned to the undersigned.

2. Appearing defendants were served summons, obtaining a copy of the Complaint and requested legal representation from the Department of Justice.

3. Being that this is a case of public policy, the appearing defendants respectfully request an extension of forty (40) days, that is, until August 27th, 2014, to

answer the Complaint or otherwise plead.

**WHEREFORE**, it is respectfully requested from this Honorable Court to allow our appearance as attorney of record on behalf of the above-named respondent in this case, and grant the appearing defendants until August 27th, 2014 to Answer the complaint or otherwise plead.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic copy to all attorneys to their address of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of July 2014.

**CESAR MIRANDA RODRIGUEZ**
Secretary of Justice

**MARTA ELISA GONZALEZ Y.**
Deputy Secretary
In Charge of Civil Matters

**JANITZA M. GARCIA MARRERO**
U.S.D.C.-P.R. Bar No. 222603
Federal Litigation Division
jgarcia@justicia.gobierno.pr

*S/ Idza Diaz Rivera*
**IDZA DIAZ RIVERA**
U.S.D.C. NO. 223404
Federal Litigation Division
Department of Justice
P.O. Box 9020192

San Juan, P.R., 00902-0192.
Tel. (787) 721-2900, Ext. 2606
Fax (787) 723-9188
idiaz@justicia.pr.gov