Ivette Montes, USDC-PR Bar No. 215512
Sonimar Lozada, USDC-PR Bar No. 227113
ALIANZA DE JURISTAS CRISTIANOS, INC.
Suite 102, PO Box 11850
San Juan, PR 00922-1850
Tel. (787)889-1264
Tel. (787)614-1413
ivettemontes@gmail.com
sonimar.lozada@gmail.com

*Counsel for Intervenor-Defendant*

RECEIVED & FILED
2014 AUG 28  AM 11: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADA MERCEDES CONDE VIDAL, et.als.<br><br>PLAINTIFFS,<br><br>v.<br><br>ALEJANDRO J. GARCIA PADILLA, et.als.<br><br>DEFENDANTS,<br><br>AND<br><br>Capellanes Internacionales Cristianos León de Judá, Inc.<br><br>PROPOSED INTERVENOR | NO. 3:14 cv-01253(PG) |

**MOTION FOR EXTENSION OF TIME
TO ANSWER AMENDED COMPLAINT**

1

TO THE HONORABLE COURT:

Comes now, Proposed Intervenor-Defendant, "Capellanes Internacionales Cristianos León de Judá, Inc.", (hereinafter Proposed Intervenor "The Christian Chaplains"), a nonprofit corporation organized under the laws of the Commonwealth of Puerto Rico, represented by its' President, Ms. Rosa Pérez, by and through its undersigned counsel, respectfully alleges and prays as follows:

1. Today, Proposed Intervenor "The Christian Chaplains" contemporaneously herewith has filed Motion and Memorandum of Law, to Intervene of Right, as Intervenor-Defendant in this action, pursuant to Rule 24(a)(2)of the Federal Rules of Civil Procedure, or alternatively, Rule 24(b) of the Federal Rules of Civil Procedure, and Rule 7 of the Local Rules of Practice and Procedure of the United States District Court for the District of Puerto Rico.

2. Proposed Intervenor "The Christian Chaplains" seeks to intervene as Intervenor-Defendant to oppose Plaintiffs and be conferred all of the rights of a party to participate fully in all aspects of the above-captioned case.

3. On July 18, 2014 the Defendants filed a "Motion for Extension of Time to Answer Complaint or otherwise Plead", which was granted. Defendants just filed a "Motion to Dismiss" pursuant to Fed. R. Civ. P. 12(B) (6) on August 27, 2014.

4. Being Proposed Intervenor's request to this Honorable Court leave to intervene, it is respectfully requested to this Honorable Court to allow Proposed Intervenor's Defendant an extension of time of 14 days, after allowing its intervention to answer amended complaint.

WHEREFORE, it is respectfully requested to this Honorable Court to take notice of all above stated, and allow Proposed Intervenor's Defendant an extension of time of 14 days, to answer amended complaint, after granting its intervention in this case.

Respectfully submitted the 28th day of August, 2014.

By: /s/ _____
Ivette Montes, USDC-PR Bar No. 215512
Sonimar Lozada, USDC-PR Bar No. 227113
ALIANZA DE JURISTAS CRISTIANOS, INC.
Suite 102, PO Box 11850
San Juan, PR 00922-1850
Tel. (787)889-1264
Tel. (787)614-1413
ivettemontes@gmail.com
sonimar.lozada@gmail.com

*Counsel for Intervenor-Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2014, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all attorneys in this case to their address of record.

By: /s/ _____
Ivette Montes, USDC-PR Bar No. 215512
Sonimar Lozada, USDC-PR Bar No. 227113
ALIANZADE JURISTAS CRISTIANOS,INC.
Suite 102, PO Box 11850
San Juan, PR 00922-1850
Tel. (787)889-1264
Tel. (787)614-1413
ivettemontes@gmail.com
sonimar.lozada@gmail.com

*Counsel for Intervenor-Defendant*