## UNITED STATES DISTRICT COURT OF PUERTO RICO

| | |
|---|---|
| **ADA MERCEDES CONDE VIDAL, et als.** | CASE NO.: 14-01253 PG |
| Plaintiffs, | |
| v. | INJUNCTIVE RELIEF |
| | DECLARATORY JUDGMENT |
| | DEPRIVATION OF CIVIL |
| **ALEJANDRO GARCIA PADILLA, et als.** | CIVIL RIGHTS |
| Defendants | |

### MOTION FOR EXTENSION OF TIME TO REPLY AND OBJECT MOTION TO INTERVENE AND MOTION FOR EXTENSION OF TIME FILED BY CAPELLANES INTERNATIONALES CRISTIANOS LEON DE JUDA, INC.

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned attorney and very respectfully **STATES and PRAYS** the following:

1. Capellanes Internacionales Cristianos Leon de Juda, Inc., filed a Motion requesting to intervene in the instance case alleging that they have an interest to be protected in addition to other pleading. Based upon their request to intervene they are requesting an extension of fourteen (14) days to file an answer to the amended complaint filed by the Plaintiffs in the instance case.

2. We request to this Honorable Court an extension of time of twenty one (21) days to file our reply and objection to the Motion to Intervene and the Motion to file an answer to the amended complaint of the plaintiffs in order to complete our legal research in a diligent manner.

**WHEREFORE**, is herein respectfully request to this Honorable Court to GRANT this Motion and allow the extension of time of twenty one (21) days to file our reply and objection to Capellanes Internacionales Cristianos Leon de Juda, Inc. motions as per Docket numbers 32 and 33.

## CERTIFICATE OF SERVICE

I, CERTIFY that today September 8th, 2014, I served upon counsel for Capellanos Internacionales Cristianos Leon de Juda, Inc. and the Defendants by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this September 8th, 2014.

/s/ *Ada M. Conde-Vidal*
Ada M. Conde-Vidal
USDCPR206209
Attorney for Ivonne Alvarez Velez, Plaintiff
and as self representation.
PO Box 13268, San Juan PR 00908-3268
Tel: 787-721-0401  Fax: 787-977-8072
condelawpr@gmail.com