UNITED STATES DISTRICT COURT OF PUERTO RICO

| | |
|---|---|
| **ADA MERCEDES CONDE VIDAL, et als.**<br><br>     Plaintiffs,<br>v.<br><br>**ALEJANDRO GARCIA PADILLA, et als.**<br><br>     Defendants | CASE NO.: 14-01253 PG<br><br>INJUNCTIVE RELIEF<br>DECLARATORY JUDGMENT<br>DEPRIVATION OF CIVIL<br>CIVIL RIGHTS |

**MOTION FOR STATUS CONFERENCE**

**TO THE HONORABLE COURT:**

   **COMES NOW** the undersigned attorney and very respectfully **STATES and PRAYS** the following:

1.   As this Honorable Court can take notice, there are several procedural motions in the instance case that are being addressed by the parties including but not limited to the reply to the Defendants Motion requesting the dismissal of the instance case under Rule 12 of the Federal Rules of Civil Procedure and a Motion to Intervene in the case by a Capellanes Internacionales Cristianos Leon de Juda, Inc.

2.   We respectfully request to this Honorable Court a status conference in order to, with the intervention of this Honorable Court, establish the necessary time table for the proceedings in the instance case in lieu of the rights that are at stake in the instance case.

   **WHEREFORE**, is herein respectfully request to this Honorable Court to **GRANT** this Motion and schedule a status conference in the instance case.

## CERTIFICATE OF SERVICE

I, CERTIFY that today September 8th, 2014, I served upon counsel for Defendants and Capellanos Internacionales Cristianos Leon de Juda, Inc. by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this September 8th, 2014.

/s/ *Ada M. Conde-Vidal*
Ada M. Conde-Vidal
USDCPR206209
Attorney for Ivonne Alvarez Velez, Plaintiff
and as self representation.
PO Box 13268, San Juan PR 00908-3268
Tel: 787-721-0401  Fax: 787-977-8072
condelawpr@gmail.com