**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

```
ADA CONDE-VIDAL, ET AL.,

      Plaintiffs,

         v.                              CIV. NO. 14-1253(PG)

ALEJANDRO GARCIA-PADILLA, ET AL.

      Defendants.
```

### JUDGMENT

WHEREFORE, in light of the Order of even date (Docket No. 57), it is hereby **ORDERED AND ADJUDGED** that the claims be **DISMISSED WITH PREJUDICE** without the imposition of costs or attorney fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, October 21, 2014.


                                    S/ JUAN M. PÉREZ-GIMÉNEZ
                                    JUAN M. PÉREZ-GIMÉNEZ
                                    UNITED STATES DISTRICT JUDGE