# United States Court of Appeals
## For the First Circuit
_____

No. 14-2184

ADA MERCEDES CONDE-VIDAL; MARITZA LOPEZ-AVILES; IRIS DELIA RIVERA-
RIVERA; JOSE A. TORRUELLAS-IGLESIAS; THOMAS J. ROBINSON; ZULMA
OLIVERAS-VEGA; YOLANDA ARROYO-PIZARRO; JOHANNE VELEZ-GARCIA;
FAVIOLA MELENDEZ-RODRIGUEZ; PUERTO RICO PARA TOD@S;
IVONNE ALVAREZ-VELEZ,

Plaintiffs, Appellants,

v.

DR. ANA RIUS-ARMENDARIZ, in her official capacity as Secretary of the Health Department
of the Commonwealth of Puerto Rico; WANDA LLOVET DIAZ, in her official capacity as the
Director of the Commonwealth of Puerto Rico Registrar of Vital Records; ALEJANDRO J.
GARCIA-PADILLA, in his official capacity as Governor of the Commonwealth of Puerto Rico;
JUAN C. ZARAGOSA-GOMEZ, in his official capacity as Director of the Treasury in Puerto
Rico,

Defendants, Appellees.
_____

Before

Torruella, Thompson and Kayatta,
<u>Circuit Judges</u>.
_____

## JUDGMENT

Entered: July 8, 2015

Upon consideration of the parties' Joint Response Pursuant to Court Order filed June 26,
2015, we vacate the district court's Judgment in this case and remand the matter for further
consideration in light of <u>Obergefell</u> v. <u>Hodges</u>, -- S. Ct. -, 2015 WL 2473451 (Nos. 14-556, 14-
562, 14-571, 14-574, June 26, 2015). We agree with the parties' joint position that the ban is
unconstitutional. Mandate to issue forthwith.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:    Honorable Juan M. Perez-Gimenez
Frances Rios de Moran, Clerk of Court
Felicia H. Ellsworth
Ada M. Conde Vidal
Rachel I. Gurvich
Celina Romany Siaca
Mark Christopher Fleming
Karen Lee Loewy
Alan Evan Schoenfeld
Gary W. Kubek
Harriet M. Antczak
Jing Kang
Ryan M. Kusmin
Hayley J. Gorenberg
Jael Humphrey-Skomer
Omar Gonzalez-Pagan
Paul R.Q. Wolfson
Jose L Nieto-Mingo
Idza Diaz-Rivera
Tanaira Padilla-Rodriguez
Margarita Luisa Mercado-Echegaray
Andres Gonzalez-Berdecia
Benjamin Gross Shatz
Abbe David Lowell
Christopher Dowden Man
Andrew John Davis
Rocky Chiu-Feng Tsai
Suzanne B. Goldberg
Paul Victor Holtzman
Paul March Smith
Aaron M. Panner
Diane M. Soubly
Maura T. Healey
Jonathan B. Miller
Janet T. Mills
Joseph A. Foster
Susan Leann Baker Manning
Michael Louis Whitlock
George Patrick Watson

Claire Laporte
Stephen Thomas Bychowski
Sarah Burg
Rose Ann Saxe
William Ramirez-Hernandez
Catherine Emily Stetson
Mary Helen Wimberly
Joseph F. Tringali
Hunter Thompson Carter
Marjory A. Gentry
Jeffrey S. Trachtman
Kurt Michael Denk
Jason Michael Moff
Norman Christopher Simon
Edward Francis Foye
Howard M. Cooper
Tristan Purdy Colangelo
Emily Martin
Marcia D. Greenberger
David Ramos-Pagan
Anita Leigh Staver
Mathew D. Staver
Mary Elizabeth McAlister
Horatio Gabriel Mihet
Thomas Michael Harvey
Kevin Trent Snider
Lawrence John Joseph
Arnaldo Pereira
Ruben T. Nigaglioni-Mignucci Sr.
Israel Santiago-Lugo
Gina R. Mendez-Miro
Germarie Mendez-Negron
James Andrew Campbell
Douglas G. Wardlow
Evelyn Aimee De Jesus