UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADA MERCEDES CONDE VIDAL and IVONNE ÁLVAREZ VÉLEZ; MARITZA LÓPEZ AVILÉS and IRIS DELIA RIVERA RIVERA; JOSÉ A. TORRUELLAS IGLESIAS and THOMAS J. ROBINSON; ZULMA OLIVERAS VEGA and YOLANDA ARROYO PIZARRO; JOHANNE VÉLEZ GARCÍA and FAVIOLA MELÉNDEZ RODRÍGUEZ; and PUERTO RICO PARA TOD@S, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO J. GARCÍA PADILLA, in his official capacity as Governor of the Commonwealth of Puerto Rico; ANA RÍUS ARMENDÁRIZ, in her official capacity as Secretary of the Health Department of the Commonwealth of Puerto Rico; WANDA LLOVET DÍAZ, in her official capacity as Director of the Commonwealth of Puerto Rico Registrar of Vital Records; and JUAN C. ZARAGOSA GÓMEZ, in his official capacity as Director of the Treasury in Puerto Rico, <br><br> *Defendants*. | Civil Action No. 3:14-cv-01253-PG |

**JOINT MOTION FOR ENTRY OF JUDGMENT**

In light of the decision by the United States Supreme Court in *Obergefell v. Hodges*, 576 U.S. ___, 2015 U.S. LEXIS 4250 (2015), and the judgment of the United States Court of Appeals for the First Circuit in this matter stating that Puerto Rico's Marriage Ban "is unconstitutional," Dkt. 62, Plaintiffs Ada M. Conde Vidal and Ivonne Álvarez Vélez, by and through their attorney; Plaintiffs Maritza López Avilés and Iris Delia Rivera Rivera, José A. Torruellas Iglesias and Thomas J. Robinson, Zulma Oliveras Vega and Yolanda Arroyo Pizarro,

Johanne Vélez García and Faviola Meléndez Rodríguez, and the organization Puerto Rico Para Tod@s, by and through their attorneys (collectively "Plaintiffs"); and Defendants Alejandro García Padilla, in his official capacity as Governor of the Commonwealth of Puerto Rico; Ana Ríus Armendáriz, in her official capacity as Secretary of the Health Department of the Commonwealth of Puerto Rico; Wanda Llovet Díaz, in her official capacity as Director of the Commonwealth of Puerto Rico Registrar of Vital Records; and Juan C. Zaragosa Gómez, in his official capacity as Director of the Treasury in Puerto Rico, by and through their attorneys, respectfully move this Court to enter the enclosed proposed judgment in favor of Plaintiffs.

WHEREFORE, in light of *Obergefell v. Hodges* and the judgment of the Court of Appeals for the First Circuit, the parties hereby jointly move this Court to enter the enclosed proposed judgment in favor of Plaintiffs.

Dated: July 16, 2015

Respectfully submitted,

| | |
|---|---|
| */s/ Wandymar Burgos Vargas*<br>Wandymar Burgos Vargas (USDC 223502)<br>Idza Díaz Rivera (USDC 223404)<br>Federal Litigation Division<br>**DEPARTMENT OF JUSTICE**<br>**COMMONWEALTH OF PUERTO RICO**<br>P.O. Box 9020192<br>San Juan, PR 00902-0192<br>wburgos@justicia.pr.gov<br>idiaz@justicia.pr.gov<br><br>*Counsel for Defendants Alejandro J. García-Padilla, in his official capacity as Governor of the Commonwealth of Puerto Rico; Ana Ríus-Armendáriz, in her official capacity as Secretary of the Health Department of the Commonwealth of Puerto Rico; Wanda Llovet Díaz, in her official capacity as the Director of the Commonwealth of Puerto Rico Registrar of Vital Records; Juan C. Zaragosa-Gomez, in his official capacity as Director of the Treasury in Puerto Rico.*<br><br>*/s/ Ada M. Conde-Vidal*<br>Ada M. Conde-Vidal (USDC 206209)<br>CONDE ATTORNEY AT LAW, PSC<br>P.O. Box 13268<br>San Juan, PR 00908-3268<br>(787) 721-0401<br>condelawpr@gmail.com<br><br>*Counsel for Plaintiffs Ada M. Conde Vidal and Ivonne Álvarez Vélez* | */s/ Omar Gonzalez-Pagan*<br>Omar Gonzalez-Pagan (*pro hac vice*)<br>Hayley Gorenberg (*pro hac vice*)<br>**LAMBDA LEGAL DEFENSE AND**<br>**EDUCATION FUND, INC.**<br>120 Wall Street, 19th Floor<br>New York, New York 10005-3904<br>T: (212) 809-8585 | F: (212) 809-0055<br>ogonzalez-pagan@lambdalegal.org<br>hgorenberg@lambdalegal.org<br><br>Gary W. Kubek (*pro hac vice*)<br>Harriet M. Antczak (*pro hac vice*)<br>Jing Kang (*pro hac vice*)<br>**DEBEVOISE & PLIMPTON LLP**<br>919 Third Avenue<br>New York, New York 10022<br>T: (212) 909-6000 | F: (212) 909-6836<br>gwkubek@debevoise.com<br>hmantcza@debevoise.com<br>jkang@debevoise.com<br><br>Ryan M. Kusmin (*pro hac vice*)<br>**DEBEVOISE & PLIMPTON LLP**<br>555 13th Street N.W.<br>Washington, District of Columbia 20004<br>T: (202) 383-8000 | F: (202) 383-8118<br>rmkusmin@debevoise.com<br><br>Celina Romany-Siaca (USDC 121811)<br>**CELINA ROMANY LAW OFFICES**<br>268 Munoz Rivera Avenue, Suite 1500<br>San Juan, Puerto Rico 00918<br>T: (787) 754-9304 | F: (787) 754-9324<br>bufetecelinaromany@gmail.com<br><br>*Counsel for Plaintiffs Maritza López Avilés and Iris Delia Rivera Rivera; José A. Torruellas Iglesias and Thomas J. Robinson; Zulma Oliveras Vega and Yolanda Arroyo Pizarro; Johanne Vélez García and Faviola Meléndez Rodríguez; and Puerto Rico Para Tod@s.* |

## CERTIFICATE OF SERVICE

  I, Omar Gonzalez-Pagan, an attorney, certify that on July 16, 2015, I served upon counsel for all parties by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system.

              */s/ Omar Gonzalez-Pagan*
              Omar Gonzalez-Pagan*
              **LAMBDA LEGAL DEFENSE AND**
                **EDUCATION FUND, INC.**
              120 Wall Street, 19th Floor
              New York, New York 10005-3904
              T: (212) 809-8585 | F: (212) 809-0055
              ogonzalez-pagan@lambdalegal.org