# United States Court of Appeals
## For the First Circuit

_____

No. 16-1313

IN RE: ADA M. CONDE VIDAL; MARITZA LÓPEZ-AVILÉS; IRIS DELIA RIVERA-RIVERA; JOSÉ A. TORRUELLAS-IGLESIAS; THOMAS J. ROBINSON; ZULMA OLIVERAS-VEGA; YOLANDA ARROYO-PIZARRO; JOHANNE VÉLEZ-GARCÍA; FAVIOLA MELÉNDEZ-RODRÍGUEZ; PUERTO RICO PARA TOD@S; IVONNE ÁLVAREZ-VÉLEZ,

Petitioners.

_____

**JUDGMENT**

Entered: April 7, 2016

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Respondents' motion to join in the petition for writ of mandamus is granted, the petition for a writ of mandamus is granted, and the case is remitted to the district court with instructions that it be assigned randomly by the clerk to a different judge to enter judgment in favor of the Petitioners promptly, and to conduct any further proceedings necessary in this action.

By the Court:
/s/ Margaret Carter, Clerk

cc:
Hon. Juan M. Perez-Gimenez
Frances Rios de Moran, Clerk, United States District Court for the District of Puerto Rico
Felicia H. Ellsworth
Celina Romany Siaca
Mark Christopher Fleming
Karen Lee Loewy
Paul R.Q. Wolfson
Alan Evan Schoenfeld
Gary W. Kubek
Harriet M. Antczak
Jing Kang

Ryan M. Kusmin
Hayley J. Gorenberg
Omar Gonzalez-Pagan
Steven Jared Horn
Adriel I. Cepeda Derieux
Robert Manhas
Jose L Nieto-Mingo
Ada M. Conde Vidal
Idza Diaz-Rivera
Tanaira Padilla-Rodriguez
Margarita Luisa Mercado-Echegaray
Andres Gonzalez-Berdecia