# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

ADA MERCEDES CONDE VIDAL and
IVONNE ÁLVAREZ VÉLEZ; MARITZA
LÓPEZ AVILÉS and IRIS DELIA RIVERA
RIVERA; JOSÉ A. TORRUELLAS IGLESIAS
and THOMAS J. ROBINSON; ZULMA
OLIVERAS VEGA and YOLANDA ARROYO
PIZARRO; JOHANNE VÉLEZ GARCÍA and
FAVIOLA MELÉNDEZ RODRÍGUEZ; and
PUERTO RICO PARA TOD@S,

      *Plaintiffs*,

      v.

ALEJANDRO J. GARCÍA PADILLA, in his
official capacity as Governor of the
Commonwealth of Puerto Rico; ANA RÍUS
ARMENDÁRIZ, in her official capacity as
Secretary of the Health Department of the
Commonwealth of Puerto Rico; WANDA
LLOVET DÍAZ, in her official capacity as
Director of the Commonwealth of Puerto Rico
Registrar of Vital Records; and JUAN C.
ZARAGOSA GÓMEZ, in his official capacity as
Director of the Treasury in Puerto Rico,

      *Defendants*.

Civil Action No. 3:14-cv-01253- GAG

## JOINT MOTION FOR ENTRY OF JUDGMENT

In light of the decisions of the United States Court of Appeals for the First Circuit in *In re: Conde-Vidal*, No. 16-1313 (1st Cir. Apr. 7, 2016) (Docket No. 70), and the United States Supreme Court in *Obergefell v. Hodges*, 576 U.S. ___, 135 S. Ct. 2584 (2015), Plaintiffs Ada M. Conde Vidal and Ivonne Álvarez Vélez, by and through their attorney; Plaintiffs Maritza López Avilés and Iris Delia Rivera Rivera, José A. Torruellas Iglesias and Thomas J. Robinson, Zulma Oliveras Vega and Yolanda Arroyo Pizarro, Johanne Vélez García and Faviola Meléndez

Rodríguez, and the organization Puerto Rico Para Tod@s, by and through their attorneys (collectively "Plaintiffs"); and Defendants Alejandro García Padilla, in his official capacity as Governor of the Commonwealth of Puerto Rico; Ana Ríus Armendáriz, in her official capacity as Secretary of the Health Department of the Commonwealth of Puerto Rico; Wanda Llovet Díaz, in her official capacity as Director of the Commonwealth of Puerto Rico Registrar of Vital Records; and Juan C. Zaragosa Gómez, in his official capacity as Director of the Treasury in Puerto Rico, by and through their attorneys, respectfully move this Court to enter the enclosed proposed judgment in favor of Plaintiffs.

WHEREFORE, in light of *Obergefell v. Hodges* and the judgment of the Court of Appeals for the First Circuit, the parties hereby jointly move this Court to enter the enclosed proposed judgment in favor of Plaintiffs.

Dated:          April 9, 2016

Cesar R. Miranda Rodríguez
Secretary of Justice

Marta Elisa González Yglesias
Deputy Secretary, Civil Matters

Wandymar Burgos Vargas
Director, Federal Litigation and Bankruptcy

*/s/ Idza Díaz Rivera*
Idza Díaz Rivera (USDC 223404)
Federal Litigation Division
**DEPARTMENT OF JUSTICE**
**COMMONWEALTH OF PUERTO RICO**
P.O. Box 9020192
San Juan, Puerto Rico  00902-0192
T: (787) 721-2940, Ext. 2606
idiaz@justicia.pr.gov

*Counsel for Defendants Alejandro J.*
*García-Padilla, in his official capacity as*
*Governor of the Commonwealth of Puerto*
*Rico; Ana Ríus-Armendáriz, in her official*
*capacity as Secretary of the Health*
*Department of the Commonwealth of Puerto*
*Rico; Wanda Llovet Díaz, in her official*
*capacity as the Director of the*
*Commonwealth of Puerto Rico Registrar of*
*Vital Records; Juan C. Zaragosa-Gomez, in*
*his official capacity as Director of the*
*Treasury in Puerto Rico.*

*/s/ Ada M. Conde-Vidal*
Ada M. Conde-Vidal (USDC 206209)
**CONDE ATTORNEY AT LAW, PSC**
P.O. Box 13268
San Juan, PR  00908-3268
(787) 721-0401
condelawpr@gmail.com

*Counsel for Plaintiffs Ada M. Conde Vidal*
*and Ivonne Álvarez Vélez*

Respectfully submitted,

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (*pro hac vice*)
Hayley Gorenberg (*pro hac vice*)
**LAMBDA LEGAL DEFENSE AND**
**        EDUCATION FUND, INC.**
120 Wall Street, 19th Floor
New York, New York 10005-3904
T: (212) 809-8585 | F: (212) 809-0055
ogonzalez-pagan@lambdalegal.org
hgorenberg@lambdalegal.org

Gary W. Kubek (*pro hac vice*)
Harriet M. Antczak (*pro hac vice*)
Jing Kang (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022
T: (212) 909-6000 | F: (212) 909-6836
gwkubek@debevoise.com
hmantcza@debevoise.com
jkang@debevoise.com

Ryan M. Kusmin (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
555 13th Street N.W.
Washington, District of Columbia 20004
T: (202) 383-8000 | F: (202) 383-8118
rmkusmin@debevoise.com

Celina Romany-Siaca (USDC 121811)
**CELINA ROMANY LAW OFFICES**
268 Muñoz Rivera Avenue, Suite 1500
San Juan, Puerto Rico 00918
T: (787) 754-9304 | F: (787) 754-9324
bufetecelinaromany@gmail.com

*Counsel for Plaintiffs Maritza López Avilés*
*and Iris Delia Rivera Rivera; José A.*
*Torruellas Iglesias and Thomas J.*
*Robinson; Zulma Oliveras Vega and*
*Yolanda Arroyo Pizarro; Johanne Vélez*
*García and Faviola Meléndez Rodríguez;*
*and Puerto Rico Para Tod@s.*

## CERTIFICATE OF SERVICE

I,  Omar Gonzalez-Pagan, an attorney, certify that on April 9, 2016, I served upon

counsel for all parties by electronically filing the foregoing with the Clerk of the Court using the

CM/ECF system.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan
**LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.**
120 Wall Street, 19th Floor
New York, New York 10005-3904
T: (212) 809-8585 | F: (212) 809-0055
ogonzalez-pagan@lambdalegal.org