IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ADA CONDE VIDAL, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **CASE NO. 14-1253 (GAG)** |
| **ALEJANDRO GARCÍA PADILLA, et al.,** | |
| **Defendants.** | |

## **DECLARATORY JUDGMENT**

Pursuant to its Order on April 7, 2016 (Docket No. 73), the Court hereby enters the following declaratory judgment:

1. Article 68 of the Puerto Rico Civil Code, P.R. LAWS ANN. tit. 31, § 221, as well as any other Commonwealth law or provision that prohibits same-sex couples from marrying, or which fails to recognize a valid same-sex marriage from another jurisdiction is **UNCONSTITUTIONAL**.

2. The Commonwealth of Puerto Rico, by way of its officials, employees and agents, is hereby prohibited from enforcing Article 68 of the Puerto Rico Civil Code in its current version.

3. The Commonwealth of Puerto Rico, by way of its officials, employees and agents, shall give good faith and credit to same-sex marriages validly performed in any other jurisdiction.

1

**Civil No. 14-1253 (GAG)**

4. The Commonwealth of Puerto Rico, by way of its officials, employees and agents, shall guarantee validly married same-sex couples the same exact rights enjoyed by validly married opposite-sex couples.

5. Any valid marriage of same-sex couples performed in Puerto Rico on or after the Supreme Court's decision in <u>Obergefell v. Hodges</u>, ___ U.S.___, 135 S.Ct. 2584 (June 26, 2015) shall be fully recognized by the Commonwealth, its officials, employees and agents, just as any opposite-sex marriage.

6. "The Commonwealth of Puerto Rico" for purposes of this judgment includes its executive, legislative and judicial branches, as well as its municipal governments. It also includes their officials, employees and agents, when acting in official capacity.

7. The Court shall retain jurisdiction to enforce the present judgment until the Puerto Rico Legislative Assembly repeals and/or amends the current version of Article 68 of the Civil Code, or the Court otherwise so orders.

8. Finally, this judgment does not require any religious official, duly authorized by the Commonwealth to perform marriages, to perform same-sex marriages, if contrary to his/her particular dogma or creed.

S**O ORDERED.**

In San Juan, Puerto Rico this 11th day of April, 2016.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge

2