Scheduled: 11:30 AM
Started: 11:43 AM
Ended: 11:54 AM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona            DATE: April 11th, 2016

COURT REPORTER: Evilys Carrion                      **CASE #: 14-CV-1253 (GAG)**

**ATTORNEYS:**

| | |
|---|---|
| CONDE-VIDAL ET AL | Ada M. Conde-Vidal, Esq. |
| | Omar Gonzalez-Pagan, Esq. |
| VS. | |
| RIUS-ARMENDARIZ ET AL | Idza Diaz-Rivera, Esq. |

## CASE CALLED FOR STATUS CONFERENCE:

The Court further addressed its ruling at [73] Order declaring unconstitutionality of Puerto Rico same-sex marriage ban. The parties apprised of the content of the Court's judgment which will be entered today. The parties had no objection. The Court will retain jurisdiction to enforce judgment until Article 68 of the Civil Code is repealed.

**Judgment to be entered accordingly.**

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk