UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADA MERCEDES CONDE VIDAL and IVONNE ÁLVAREZ VÉLEZ; MARITZA LÓPEZ AVILÉS and IRIS DELIA RIVERA RIVERA; JOSÉ A. TORRUELLAS IGLESIAS and THOMAS J. ROBINSON; ZULMA OLIVERAS VEGA and YOLANDA ARROYO PIZARRO; JOHANNE VÉLEZ GARCÍA and FAVIOLA MELÉNDEZ RODRÍGUEZ; and PUERTO RICO PARA TOD@S,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEJANDRO J. GARCÍA PADILLA, in his official capacity as Governor of the Commonwealth of Puerto Rico; ANA RÍUS ARMENDÁRIZ, in her official capacity as Secretary of the Health Department of the Commonwealth of Puerto Rico; WANDA LLOVET DÍAZ, in her official capacity as Director of the Commonwealth of Puerto Rico Registrar of Vital Records; and JUAN C. ZARAGOSA GÓMEZ, in his official capacity as Director of the Treasury in Puerto Rico,<br><br>*Defendants*. | Civil Action No. 3:14-cv-01253-GAG |

**MOTION TO RESTRICT**

    **COME NOW** Plaintiffs Maritza López Avilés and Iris Delia Rivera Rivera, José A. Torruellas Iglesias and Thomas J. Robinson, Zulma Oliveras Vega and Yolanda Arroyo Pizarro, Johanne Vélez García and Faviola Meléndez Rodríguez, and Puerto Rico Para Tod@s, an organization, by and through their attorneys, and pursuant to Standing Order No. 9, respectfully move that the Court allow the filing of a Joint Status Report as a restricted filing limited to all parties. As reasons therefore, Plaintiffs state as follows:

1

1. The parties in this matter have worked diligently to resolve the matter of attorneys' fees and costs in this case through a settlement agreement.

2. A copy of the executed settlement agreement is enclosed to the Joint Status Report, filed concurrently pursuant to this Court's Order dated August 1, 2016 (Docket No. 88).

3. Defendants' counsel has requested that the joint status report and settlement agreement be filed as a restricted filing limited to the parties.

**WHEREFORE**, pursuant to Standing Order No. 9 and at the behest of Defendants, Plaintiffs respectfully that the Court allow the filing of the Joint Status Report as a restricted filing limited to the parties.

Dated this 15th day of August 2016.

Respectfully submitted,

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (*pro hac vice*)
**LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.**
120 Wall Street, 19th Floor
New York, New York 10005-3904
T: (212) 809-8585 | F: (212) 809-0055
ogonzalez-pagan@lambdalegal.org
hgorenberg@lambdalegal.org

*Counsel for Plaintiffs Maritza López Avilés and Iris Delia Rivera Rivera; José A. Torruellas Iglesias and Thomas J. Robinson; Zulma Oliveras Vega and Yolanda Arroyo Pizarro; Johanne Vélez García and Faviola Meléndez Rodríguez; and Puerto Rico Para Tod@s.*

## **CERTIFICATE OF SERVICE**

I, Omar Gonzalez-Pagan, an attorney, certify that on August 15, 2016, I served upon counsel for all parties by electronically filing the foregoing with the Clerk of the Court using the CM/ECF System.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan
**LAMBDA LEGAL DEFENSE AND**
 **EDUCATION FUND, INC.**
120 Wall Street, 19th Floor
New York, New York 10005-3904
T: (212) 809-8585 | F: (212) 809-0055
ogonzalez-pagan@lambdalegal.org